# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SCOTT ROBERT SCHLEIN, GARY SCHLEIN,
DEBORAH SCHLEIN** and **SHIRLEY HIRSCHBEIN,**
Appellants,

v.

**PORT ST. LUCIE POLICE DEPARTMENT,**
Appellee.

No. 4D17-1883

[August 23, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Janet C. Croom, Judge; L.T. Case No. 562017-CA-000838.

Richard D. Kibbey of Kibbey Wagner Attorneys At Law, Stuart, for appellants.

No appearance for appellee.

PER CURIAM.

We sua sponte redesignate the proceeding as a review of an appealable non-final order pursuant to Florida Rule of Appellate Procedure 9.130(a)(3)(C)(ii) and affirm. Fla. R. App. P. 9.315(a).

*Affirmed.*

TAYLOR, CONNER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***